JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Malek Erem, | ) | Case No.: CV 12-978 DSF (CWx) |
|     Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| Costco Wholesale Corp., | ) | |
|     Defendant. | ) | |
| _____ | ) | |

The Court having ordered that summary judgment be entered in favor of Defendant,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

12/17/12

Dated: _____

_____
Dale S. Fischer
United States District Judge